**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Todd, a.k.a. Zakariah Todd, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMorgan Chase Bank et al., )<br>)<br>Defendants. )<br>_____) | No. CV 07-0716-PCT-SMM<br><br>**ORDER** |

I, Honorable Stephen M. McNamee, District Judge of the United States District Court for the District of Arizona, hereby:

\_\_\_\_ GRANT the Motion for leave to proceed in forma pauperis [Doc. No. 5], without prepayment of costs or fees or the necessity of giving security therefor.  Plaintiff shall be responsible for service by waiver or of the summons and complaint.

\_ x\_ GRANT the Motion for leave to proceed in forma pauperis [Doc. No. 5], without prepayment of costs or fees or the necessity of giving security therefor.  Service by waiver or of the summons and complaint shall be at government expense on the defendant by the U.S. Marshal or his authorized representative.

\_\_\_\_ DENY the application for leave to proceed in forma pauperis [Doc. No. 5] without prepayment of costs or fees or the necessity of giving security therefor.

1
2
3
4

Plaintiff shall have 10 days from the entry of this Order to pay the filing fee of $250.00.  The Clerk of Court is directed to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee of $250.00 within 10 days of the entry of this Order.

5   DATED this 2nd day of August, 2007.

_____
Stephen M. McNamee
United States District Judge